# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

**JENNIFER HUNT,**                                                **JUDGMENT IN A CIVIL CASE**

    **Plaintiff,**

**vs.**

**MCNAIRY COUNTY BOARD OF EDUCATION,**     CASE NO: 22-1135-STA-jay

    **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED that in accordance with the STIPULATION of Dismissal entered on June 2, 2023, this cause is hereby DISMISSED with prejudice.**

                                                         **APPROVED:**

**s/ S. Thomas Anderson**
**JUDGE UNITED STATES DISTRICT COURT**

**DATE: 6/2/2023**                                   Wendy R. Oliver
                                                             **Clerk of Court**

                                                             **s/Maurice B. BRYSON**

                                                             **(By) Deputy Clerk**